UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR BATEN, et al.,

                **Plaintiffs,**

    -against-

116 WEST 32 CAFÉ LLC, et al.,

                **Defendants.**

-----------------------------------------------------------------X

19-CV-10873 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On Monday, February 8, 2021, the parties appeared before me for a settlement conference. The parties reached a settlement on that day, and pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), they must file their settlement papers for approval by this Court. By March 16, 2021, the parties shall file their settlement papers for this Court's approval.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     March 10, 2021
                 New York, New York