


*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

August 2, 2021

***Via ECF***
Hon. Sarah Netburn, U.S.M.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  Baten et al v. 116 West 32 Cafe LLC et al
          Case No.: 1:19-cv-10873-SN

Your Honor:

  This is a joint request for approval of the Settlement Agreement[1] in the above Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") action. *See, Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The fully executed Settlement and Release Agreement ("Agreement") appended as Exhibit "1."

  The Plaintiff filed this action on November 25, 2019. The Parties stipulated to conditional certification of the FLSA collective on May 27, 2020. The Parties then conducted discovery. After the completion of discovery the Parties participated in two settlement conferences with Your Honor. With the help of the Court and after hours of negotiations, the Parties were able to arrive at the attached settlement. Given these facts, we believe the Court should approve the settlement as fair and reasonable. *See*, *Pinguil v We Are All Frank, Inc.*, 2018 US Dist LEXIS 88339, at *6-7 (SDNY May 21, 2018) ("Having reviewed portions of those records during the settlement conference, I am satisfied that the total settlement amount falls within 'the plaintiff's range of possible recovery,', and is reasonable in light of the risks associated with the litigation. In addition, settlement permits each party to avoid the 'anticipated burdens and expenses' of continued litigation."); *see, also*, *Vidal v Eager Corp.*, 2018 US Dist LEXIS 42113, at *4 (EDNY Mar. 13, 2018) (finding the use of mediation to suggest "arm's length bargaining"); *Flores v. Mamma Lombardi's of Holbrook, Inc.*, 104 F. Supp. 3d 290, 305 (E.D.N.Y. 2015) (approving a settlement reached after mediation).

---

[1] This letter is tendered pursuant to Rule 408 of the Federal Rules of Evidence and § 4547 of the C.P.L.R., with the express understanding that no part hereof or any document submitted herewith may be utilized for any purpose if the Agreement is not approved and litigation must go forward, nor may any of the content or any related documents be used for any purpose except to enforce the Agreement.

Given the above, the Parties jointly request the Court approve the settlement agreement as fair and reasonable.

                                      Respectfully Submitted,
                                      LAW OFFICE OF WILLIAM CAFARO

                                      By:    Amit Kumar, Esq.
                                              *Attorneys for Plaintiffs*

CC:

All Counsel of Record (via ECF)