```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR BATEN, et al.,

                              Plaintiffs,                        19-CV-10873 (SN)

        -against-                                         **ORDER**

116 WEST 32 CAFÉ LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the Court's August 23, 2021 Order granting Plaintiffs' counsel's motion to withdraw as counsel for Hector David Quieju and Manuel Sente Calel, Plaintiffs are directed to file a Rider to the Settlement Agreement filed on August 2, 2021, which shall make clear that Plaintiffs Quieju and Calel are not included in the Agreement. See ECF No. 66, Ex. 1. The Rider shall also provide a recalculation of the consideration in paragraph 2 of the Agreement as proposed by the parties in Plaintiffs' August 13, 2021 letter, and strike the portion of paragraph 5 of the Agreement that discusses Plaintiff Quieju's portion of the settlement funds. See ECF No. 70. Plaintiffs shall file the Rider by September 10, 2021.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      August 24, 2021
                 New York, New York