

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

# LAW OFFICES OF
# WILLIAM CAFARO

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 10, 2021

**<u>Via ECF</u>**
Hon. Sarah Netburn, U.S.M.J
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Baten, et al v. 116 West 32 Café LLC et al
Case No.: 19-cv-10873-SN

Your Honor,

This office represents the Plaintiffs in the above referenced action. We write, pursuant to the Court's Order of August 24, 2021. Pursuant to the Court's Order, the Parties have modified the Settlement Agreement to make clear that Plaintiffs Quieju and Calel are not included in the Agreement. The modification also provides a recalculation of the consideration of the Settlement Agreement and strikes any portion of paragraph 5 of the Settlement Agreement that discusses Plaintiffs Quieju and Calel. A copy of the Settlement Agreement is appended hereto as Exhibit 1 and the modification is appended hereto as Exhibit 2.

Given these attachments, the Parties request that the Court find the agreement, as modified be deemed fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

We thank the Court for its time and consideration.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

_____
By:    Amit Kumar, Esq. (AK 0822)
*Attorneys for Plaintiffs*

CC:
All Attorneys of Record (via ECF)