UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR BATEN, et al.,

                              Plaintiffs,

          -against-

116 WEST 32 CAFÉ LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021

**19-CV-10873 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge**:

      On January 6, 2021, the parties appeared before me for a settlement conference. The parties appeared before me for another settlement conference on February 8, 2021. At that conference, the parties agreed to the terms of a settlement agreement. On August 2, 2021, the parties submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 66. Because the parties concurrently moved to withdraw as counsel for two of the plaintiffs, Hector David Quieju and Manuel Sente Calel, I ordered the parties to file a Rider to the Settlement Agreement that made it clear that the Settlement Agreement did not bind those Plaintiffs, who have been dismissed without prejudice, and that recalculated the consideration to exclude those plaintiffs. See ECF No. 72. On September 10, 2021, the parties submitted an amendment to the Settlement Agreement. ECF No. 73. Having reviewed the proposed revised settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

The Clerk of Court is respectfully directed to grant the motion at ECF No. 66 and close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 14, 2021
         New York, New York